**MARQUIS AURBACH COFFING**
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone:   (702) 382-0711
Facsimile:   (702) 382-5816

Candice E. Renka #264375

**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California  93720
Telephone:   (559) 233-4800
Facsimile:   (559) 233-9330

Patrick D. Toole #190118
Dylan J. Crosby #299536

Attorneys for:      Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| MARY E. TYE, on behalf of herself and all others similarly situated,<br><br>                              Plaintiff,<br><br>      vs.<br><br>GLOBAL TRAVEL INTERNATIONAL, INC., a Florida corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>              Defendant(s) | Case No.  2:15-cv-02654-KJM-AC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed: December 23, 2015<br><br>Hon. Kimberly J. Mueller |

{7622/002/00612342.DOCX}                         1

Plaintiff Mary E. Tye, on behalf of herself and all other similarly situated ("Plaintiff" or "Tye") and Defendant Global Travel International, Inc. ("Defendant" or "GTI") (collectively the "Parties"), by and through their respective counsel, stipulate and agree as follows:

**RECITALS**

WHEREAS, Plaintiff filed the Complaint against Defendant on or about December 23, 2015;

WHEREAS, Plaintiff was unable to serve Defendant until February 1, 2016;

WHEREAS, the Parties previously requested one extension of time to respond to the Complaint to conduct preliminary discovery regarding ownership of the telephone number Plaintiff has alleged called her;

WHEREAS, the Parties request was construed as an Ex Parte request because Defendant's Counsel was not yet admitted to this Court *pro hac vice*;

WHEREAS, Defendant Counsel has now been admitted to this Court *pro hac vice*;

WHEREAS, the Parties have been diligently working together to subpoena phone records to determine the source of the alleged illegal call and the proper parties to this action;

WHEREAS, the Parties have issued three separate subpoenas after learning that each company subpoenaed was not the source of the alleged illegal call or property party to this action;

WHEREAS, the Parties agree that a short continuance of (30) days should be sufficient to resolve the issue;

WHEREAS, the Parties agree that the new deadline for Defendant to file a response to the Complaint shall be Monday June 1, 2016;

WHEREAS, the Parties agree that the Status Conference should be continued to Thursday, July 7, 2016, or as the Court otherwise orders;

/ / /

## STIPULATION

1.       Plaintiff consents to an additional extension of time of thirty (30) days for Defendant to file a response to the Complaint.

2.       The Parties agree that the new deadline for Defendant to file a response to the Complaint shall be June 1, 2016.

3.       The Parties agree that the Status Conference should be continued to July 7, 2016, at 2:30 p.m.

### IT IS SO STIPULATED

Dated: April 18, 2016                         MARQUIS AURBACH COFFING


                                              By    /s/ Candice E. Renka
                                                 Candice E. Renka
                                                 California Bar No. 264375
                                                 10001 Park Run Drive
                                                 Las Vegas, Nevada  89145

                                                 WANGER JONES HELSLEY, PC
                                                 Patrick D. Toole, Esq.
                                                 California Bar No. 190118
                                                 Dylan J. Crosby, Esq.
                                                 California Bar No. 299536
                                                 265 E. River Park Circle, Suite 300
                                                 Fresno, CA 93729

                                                 Attorneys for Plaintiff


Dated: April 18, 2016                         MAC MURRY, PETERSEN, & SHUSTER LLP


                                              By    /s/ Michele Shuster
                                                 Michele Shuster
                                                 Ohio Bar No. 0062500
                                                 *Pro hac vice*
                                                 6530 West Campus Oval, Suite 210
                                                 New Albany, Ohio 43054

                                                 Attorneys for Defendant

**ORDER APPROVING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO CONTINUE STATUS CONFERENCE**

The Court has reviewed and considered the Second Stipulation to Extend Time to Respond to the Complaint and to Continue the Status Conference entered into by and between Plaintiff  Mary E. Tye, on behalf of herself and all other similarly situated ("Plaintiff" or "Tye") and Defendant Global Travel International, Inc. ("Defendant" or "GTI").

The Court being informed, and after full consideration of the Stipulation, concludes that the extensions agreed to therein shall be approved.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1. The Stipulation to Extend Time to Respond to the Complaint and to Continue the Status Conference is GRANTED;

2. The new deadline for Defendant to file a response to the Complaint is June 1, 2016;

3. The Status Conference previously set for May 26, 2016, at 2:30 p.m. is continued to Thursday, July 7, 2016 at 2:30 p.m. with the filing of a Joint Status Report due seven days prior.

Dated:  April 26, 2016.

_____
UNITED STATES DISTRICT JUDGE