**MARQUIS AURBACH COFFING**
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816

Candice E. Renka #264375

**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Patrick D. Toole #190118
Dylan J. Crosby #299536

Attorneys for: Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| MARY E. TYE, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br>　　vs.<br><br>GLOBAL TRAVEL INTERNATIONAL, INC., a Florida corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　　　　　　Defendant(s) | Case No. 2:15-cv-02654-KJM-AC<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER**<br><br>Complaint Filed: December 23, 2015<br><br>Hon. Kimberly J. Mueller |

　　　　Plaintiff Mary E. Tye, on behalf of herself and all other similarly situated ("Plaintiff" or "Tye") and Defendant Global Travel International, Inc. ("Defendant" or "GTI") (collectively the "Parties"), by and through their respective counsel, stipulate and agree as follows:

## **RECITALS**

　　　　WHEREAS, Plaintiff filed the Complaint against Defendant on or about December 23, 2015;

WHEREAS, Plaintiff was unable to serve Defendant until February 1, 2016;

WHEREAS, the Parties previously requested one extension of time to respond to the Complaint to conduct preliminary discovery regarding ownership of the telephone number Plaintiff has alleged called her;

WHEREAS, the Parties request was construed as an Ex Parte request because Defendant's Counsel was not yet admitted to this Court *pro hac vice*;

WHEREAS, Defendant Counsel has now been admitted to this Court *pro hac vice*;

WHEREAS, the Parties have been diligently working together to subpoena phone records to determine the source of the alleged illegal call and the proper parties to this action;

WHEREAS, the Parties have issued three separate subpoenas attempting to learn the source of the alleged illegal call and the proper parties to this action;

WHEREAS, the Parties previously stipulated to short continuance of thirty (30) days to complete the subpoena process;

WHEREAS, the subpoenas issued by the Parties did not result in information sufficient for the Parties to agree regarding the source of the alleged illegal call and the proper parties to this action;

WHEREAS, the Parties agreed to exchange informal discovery to determine the source of the alleged illegal call and the proper parties to this action;

WHEREAS, the Parties agree that a second short continuance of thirty (30) days should be sufficient to complete informal discovery;

WHEREAS, the Parties agree that the new deadline for Defendant to file a response to the Complaint shall be Monday July 1, 2016;

WHEREAS, the Parties agree that the Status Conference should be continued to Thursday, August 18, 2016, or as the Court otherwise orders.

///

///

**STIPULATION**

1. Plaintiff consents to an additional extension of time of thirty (30) days for Defendant to file a response to the Complaint.

2. The Parties agree that the new deadline for Defendant to file a response to the Complaint shall be July 1, 2016.

3. The Parties agree that the Status Conference should be continued to August 18, 2016, at 2:30 p.m.

**IT IS SO STIPULATED**

Dated: May 31, 2016                MARQUIS AURBACH COFFING

By    */s/ Candice E. Renka*
   Candice E. Renka
   California Bar No. 264375
   10001 Park Run Drive
   Las Vegas, Nevada  89145

   WANGER JONES HELSLEY, PC
   Patrick D. Toole, Esq.
   California Bar No. 190118
   Dylan J. Crosby, Esq.
   California Bar No. 299536
   265 E. River Park Circle, Suite 300
   Fresno, CA 93729

   Attorneys for Plaintiff

Dated:  May 31, 2016                MAC MURRY, PETERSEN, & SHUSTER LLP

By    */s/ Michele Shuster*
   Michele Shuster
   Ohio Bar No. 0062500
   *Pro hac vice*
   6530 West Campus Oval, Suite 210
   New Albany, Ohio 43054

   Attorneys for Defendant

**ORDER APPROVING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO CONTINUE STATUS CONFERENCE**

The Court has reviewed and considered the Second Stipulation to Extend Time to Respond to the Complaint and to Continue the Status Conference entered into by and between Plaintiff Mary E. Tye, on behalf of herself and all other similarly situated ("Plaintiff" or "Tye") and Defendant Global Travel International, Inc. ("Defendant" or "GTI").

The Court being informed, and after full consideration of the Stipulation, concludes that the extensions agreed to therein shall be approved.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1. The Stipulation to Extend Time to Respond to the Complaint and to Continue the Status Conference is GRANTED;

2. The new deadline for Defendant to file a response to the Complaint is July 1, 2016;

3. The Status Conference previously set for July 7, 2016, at 2:30 p.m. is continued to Thursday, August 18, 2016, with the filing of a Joint Status Report due seven days prior.

DATED: June 2, 2016

_____
UNITED STATES DISTRICT JUDGE