UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY E. TYE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL TRAVEL INTERNATIONAL, INC., a Florida corporation, et al.,<br><br>Defendants. | No. 2:15-cv-2654 KJM AC<br><br><br>ORDER |

The parties have submitted a stipulation and proposed order for a protective order. ECF No. 13. This matter was referred to the undersigned by E.D. Cal. R. ("Local Rule") 302(c)(1).

The stipulation makes reference to Local Rule 7.1. However, this court has no Local Rule 7.1. The parties are directed to this court's Local Rules for information on confidentiality, filing documents under seal, the mechanics of obtaining a stipulated protective order and all other matters governed by the Local Rules.

Also, the stipulation was submitted in a format that does not comply with Local Rule 130(a), (b). In addition, such stipulated protective orders must be directed to the magistrate judge. See Local Rule 302(c)(1).

////

////

1

Accordingly, IT IS HEREBY ORDERED that the stipulation and proposed order (ECF No. 13), is NOT APPROVED.

DATED: June 20, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE