UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY E. TYE, | No. 2:15-cv-02654-KJM-AC |
| Plaintiff, | |
| v. | ORDER |
| GLOBAL TRAVEL INTERNATIONAL, INC., | |
| Defendants. | |

The parties' stipulated request, ECF No. 15, to continue the status conference and for a third extension of time is DENIED.

IT IS SO ORDERED.

DATED: July 5, 2016

_____
UNITED STATES DISTRICT JUDGE

1