UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY E. TYE, | No. 2:15-cv-02654-KJM-AC |
| Plaintiff, | |
| v. | ORDER |
| GLOBAL TRAVEL INTERNATIONAL, INC., | |
| Defendant. | |

       Plaintiff filed a complaint on December 23, 2015.  ECF No. 1.  The court granted two stipulated requests to extend the time for defendant to respond to the complaint, which extended the deadline to respond to July 1, 2016.  ECF Nos. 6 & 12.  On June 29, 2016, the parties filed a third stipulated request to extend the time to respond to the complaint until August 1, 2016.  ECF No. 15.  The court denied the request on July 5, 2016.  ECF No. 16.

       On July 7, 2016, defendant filed a request to file its answer after the deadline and a copy of the proposed answer.  ECF Nos. 17 & 18.  Because defendant promptly filed its answer upon the court's denial of the third request for an extension, and in the interest of resolving the matter on the merits, the court GRANTS nunc pro tunc defendant's motion to extend the deadline

/////

/////

1

1  to respond to the complaint until July 7, 2016 (ECF No. 18).  The court deems defendant's
2  answer (ECF No. 17) to be filed.
3          IT IS SO ORDERED.
4  DATED: July 19, 2016

                                             UNITED STATES DISTRICT JUDGE