UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY E. TYE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL TRAVEL INTERNATIONAL, INC., a Florida corporation, et al.,<br><br>Defendants. | No. 2:15-cv-2654 KJM AC<br><br><br>ORDER |

The parties have again submitted a stipulation and proposed protective order. ECF No. 20. Their prior request for a protective order was "Not Approved" because the stipulation did not comply with this court's Local Rules, and seemed to be submitted under the local rules of another court. ECF No. 14. This matter was referred to the undersigned by E.D. Cal. R. ("Local Rule") 302(c)(1).

The current stipulation indicates that parties may file documents under seal at their option. See ECF No. 20 ¶ 6. This is not permitted under this court's Local Rules. The parties are again directed to this court's Local Rules for information on confidentiality, filing documents under seal, the mechanics of obtaining a stipulated protective order and all other matters governed by the Local Rules.

////

1

1     Accordingly, IT IS HEREBY ORDERED that the stipulation and proposed order (ECF No. 20), is NOT APPROVED.

DATED: August 9, 2016

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE