UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY E. TYE,<br><br>      Plaintiff,<br><br>   v.<br><br>GLOBAL TRAVEL INTERNATIONAL, INC.,<br><br>      Defendant.<br>_____<br>BOB HAYES,<br><br>      Plaintiff,<br><br>   v.<br><br>GLOBAL TRAVEL INTERNATIONAL, INC.,<br><br>      Defendant. | No. 2:15-cv-02654-KJM-AC<br><br><br><br><br><br><br><br>2:16-cv-01821-JAM-CKD<br><br><br><br>**RELATED CASE ORDER** |

      Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a). Here, both actions involve the same claim against the same defendants based on similar questions of fact. Accordingly, the assignment of these matters to the

1

same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties. Local Rule 123(a)(3).

The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge – it does not consolidate the actions.  Under Rule 123, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

As a result, it is hereby ORDERED that 2:16-cv-01821-JAM-CKD is reassigned from District Judge John A. Mendez to the undersigned and from Magistrate Judge Carolyn K. Delaney to Magistrate Judge Allison Claire.  Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:16-cv-01821-KJM-AC.

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: October 4, 2016

_____
UNITED STATES DISTRICT JUDGE