CARRIE L. BONNINGTON (SBN 227570)
ANDREW D. BLUTH (SBN 232387)
PILLSBURY WINTHROP SHAW PITTMAN LLP
2600 Capitol Avenue, Suite 300
Sacramento, CA 95816-5930
Telephone:    916.329.4700
Facsimile:     916.441.3583

Attorneys for Defendant
GLOBAL TRAVEL INTERNATIONAL, INC.

MARQUIS AURBACH COFFING
CANDICE E. RENKA (SBN 264375)
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone:  702.382.0711
Facsimile:   702.382.5816

Attorneys for Plaintiff
MARY E. TYE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY E. TYE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL TRAVEL INTERNATIONAL, INC., a Florida corporation; DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:15-cv-02654-KJM-AC<br><br>JOINT REQUEST FOR CONTINUANCE OF FEBRUARY 7, 2017 SETTLEMENT CONFERENCE; ORDER<br><br>Date:         February 7, 2017<br>Time:         9:30 a.m.<br>Courtroom:  24<br>Magistrate Judge Carolyn K. Delaney |

      Plaintiff MARY E. TYE and Defendant GLOBAL TRAVEL INTERNATIONAL, INC. (hereafter "the Parties") submit this joint request for a continuance of the Settlement Conference set for February 7, 2017 at 9:30 a.m. in Department 24 before the Honorable Magistrate Judge Carolyn K. Delaney.

1  On October 5, 2016 a Related Case Order was issued by the Court which related this case to <u>Bob Hayes v. Global Travel International, Inc.</u>, Case No. 2:16-cv-01821-KJM-AC.

In order to allow counsel for all parties in the related cases to further meet and confer bilaterally regarding settlement, and to accommodate all parties' schedules so that in-person attendance at the settlement conference can occur, the Parties request that the Court continue the settlement conference to March 21, 2017 or another date during that week that is convenient for the Court.

The parties also note that the pleadings are not yet settled.  The Parties await the Court's decision on Plaintiff's Motion to Amend the Complaint which was submitted without oral argument on November 1, 2016.

Dated:  January 10, 2017

PILLSBURY WINTHROP SHAW PITTMAN LLP

By  /s/ Andrew D. Bluth
ANDREW D. BLUTH
Attorneys for Defendant GLOBAL TRAVEL INTERNATIONAL, INC.

Dated:  January 10, 2017

MARQUIS AURBACH COFFING

By  /s/ Candice E. Renka
CANDICE E. RENKA
Attorneys for Plaintiff
MARY E. TYE

4851-8083-5391.v1                -2-                Case No. 2:15-cv-02654-KJM-AC
JOINT REQUEST FOR CONTINUANCE OF
FEBRUARY 7, 2017 SETTLEMENT CONFERENCE
[PROPOSED] ORDER

IT IS HEREBY ORDERED THAT:

1. The Settlement Conference set for February 7, 2017 before Magistrate Judge Carolyn K. Delaney is vacated and reset for March 21, 2017 at 9:30 am.
2. Settlement Conference Statements are due no later than 7 days prior.

Dated:  January 12, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE